IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGEI PORTNOY,

     Plaintiff,                    No. CIV S-06-2375 LKK GGH PS

    vs.

US BANK NA, et al.,

     Defendants.                  ORDER

_____/

         Defendant U.S. Bank's motion to dismiss presently is calendared for hearing on October 11, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. October 11, 2007 hearing on U.S. Bank's motion to dismiss, filed August 28, 2007, is vacated; and

2. The motion is submitted on the record.

DATED: 10/2/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:Portnoy2375.vac.wpd