1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SERGEI PORTNOY,

11           Plaintiff,                    CIV-S-06-2375 LKK GGH PS

12       vs.

13   US BANK NA, et al.,

14           Defendants.              ORDER

15   _____/

16          On December 3, 2007, the magistrate judge filed findings and recommendations

17   herein which were served on the parties and which contained notice that any objections to the

18   findings and recommendations were to be filed within ten days.  Plaintiff filed objections on

19   December 17, 2007, defendants filed a reply to plaintiff's objections on February 4, 2008, and

20   they were considered by the district judge.

21          This court reviews de novo those portions of the proposed findings of fact to

22   which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

23   Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920

24   (1982).  As to any portion of the proposed findings of fact to which no objection has been made,

25   the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

26   United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

1

1   reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

2   1983).

3              The court has reviewed the applicable legal standards and, good cause appearing,

4   concludes that it is appropriate to adopt the Findings and Recommendations in full.

5   Accordingly, IT IS ORDERED that:

6              1.  The Findings and Recommendations filed December 3, 2007, are ADOPTED;

7              2.  Defendant U.S. Bank's motion to dismiss, filed August 28, 2007, is granted;

8              3.  The United States is dismissed for lack of jurisdiction; and

9              4.  This action is dismissed with prejudice.

10  DATED:   February 25, 2008.

11

12  _____
    LAWRENCE K. KARLTON

13  SENIOR JUDGE
    UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26